Rodolfo GARCIA–TORIBIO; et al., Petitioners,

v.

John ASHCROFT, Attorney General, Respondent.

Nos. 02–72255.

Agency Nos. A75–252–081, A72–402–781.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 19, 2004.

Nadeem H. Makada, Burlingame, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., David Dauenheimer, U.S. Department of Justice, Washington, DC, for Respondent.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Rodolfo and Gabriela Garcia–Toribio, both natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's denial of their applications for asylum, withholding of deportation, and suspension of deportation.

Because the transitional rules apply, *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir. 1997), we have jurisdiction under 8 U.S.C. § 1105a(a). We deny the petition for review.

Petitioners' contention, that the BIA's streamlining regulations violate their right to due process and are void for vagueness, is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–52 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

Pursuant to *Elian v. Ashcroft*, 370 F.3d 897 (9th Cir.2004) (order), petitioners' voluntary departure period will begin to run upon issuance of this court's mandate.

PETITION FOR REVIEW DENIED.

Mohammad Reza KHALIGH; Reihaneh Khaligh; Mohammad Hossein Khaligh; Hassan Khaligh; Mahnaz Samavati, Petitioners,

v.

John ASHCROFT, Attorney General, Respondent.

No. 02–72879.

Agency Nos. A76–366–977, A76–366–978, A76–366–979, A76–366–980, A76–366–981.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.